# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-3222

_____

Paul R. Hansmeier

*Appellant*

v.

Randall Seaver, Chapter 7 Trustee; United States of America

*Appellee*s

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: May 25, 2021
Filed: June 10, 2021
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Paul Hansmeier appeals after the district court[1] affirmed the bankruptcy court's dismissal of his adversary complaint raising a claim under Minnesota state law.

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota.

Following a careful review, we conclude that the district court did not err in affirming the dismissal. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review of dismissal for failure to state a claim). Accordingly, we affirm. See 8th Cir. R. 47B.

_____